IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jill Newman,                                    :
                                                :
       Plaintiff(s),                         :
                                                :  Case Number: 1:15cv639
   vs.                                          :
                                                :  Judge Susan J. Dlott
Commissioner of Social Security,                :
                                                :
       Defendant(s).                         :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 1, 2017 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 15, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, the defendant's decision is found to be supported by substantial evidence and is therefore AFFIRMED.  This case is TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                           ___s/Susan J. Dlott_____
                                                           Judge Susan J. Dlott
                                                           United States District Court